

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )    No. 14 CR 318    JUDGE FEINERMAN
                                              )
              v.                              )          MAGISTRATE JUDGE MARTIN
                                              )
TIMOTHY JUSTEN FRENCH,        )    Violations: Title 18, United States
        also known as "Orbit,"          )    Code, Sections 371, 1030(a)(5)(A),
        "orbit.girl," "@Orbit_g1rl,"  )    1030(b), and 1030(c)(4)(B)(i)
        "crysis," "rootcrysis," and  )
        "c0rps3"                               )    **FILED**

### COUNT ONE

AUG **1 2** 2014

The SPECIAL JANUARY 2014 GRAND JURY charges:    THOMAS G. BRUTON
                                                                     CLERK, U S DISTRICT COURT

1.    At times material to this indictment:

        a.    NullCrew was a group of computer hackers who carried out a series of cyber-attacks against businesses, universities, and government entities in the United States and throughout the world.

        b.    Defendant Timothy Justen French, also known as "Orbit," "orbit.girl," "@Orbit_g1rl," "crysis," "rootcrysis," and "c0rps3," resided in Morristown, Tennessee, and was a member of NullCrew.

        c.    Companies A, B, C, and D, Universities A and B, and U.S. State A maintained computer systems that were used in and affecting interstate and foreign commerce.

2.      Beginning no later than in or about October 2012, and continuing

through in or about June 2014, in the Northern District of Illinois, Eastern

Division, and elsewhere,

TIMOTHY JUSTEN FRENCH, also known as
"Orbit," "orbit.girl," "@Orbit_g1rl," "crysis," "rootcrysis," and "c0rps3,"

defendant herein, together with others known and unknown to the Grand

Jury, knowingly conspired to commit an offense against the United States,

namely, to knowingly cause the transmission of a program, information, code,

and command, and as a result of such conduct, intentionally cause damage

without authorization to a protected computer, which offense caused a loss

aggregating at least $5,000 in value to one or more persons during a one-year

period, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and

1030(c)(4)(B)(i).

## Overview of the Conspiracy

3.      It was part of the conspiracy that defendant French,

Individual A, and others, acting on behalf of NullCrew, agreed to participate

in coordinated cyber-attacks against businesses, universities, and

government entities and intentionally cause damage to those victims'

computer systems.

4.      It was further part of the conspiracy that defendant French,

Individual A, and others, acting on behalf of NullCrew, identified

2

vulnerabilities in victims' computer systems for the purpose of gaining unauthorized access to those systems.

5.     It was further part of the conspiracy that defendant French, Individual A, and others, acting on behalf of NullCrew, exploited vulnerabilities in victims' computer systems to obtain unauthorized access and, thereafter, steal confidential information, including encrypted and unencrypted sensitive personal information for thousands of individuals.

6.     It was further part of the conspiracy that defendant French, Individual A, and others, acting on behalf of NullCrew and in order to publicize their cyber-attacks, maintained Twitter accounts, including @NullCrew_FTS and @OfficialNull, which they used to announce their cyber-attacks, ridicule their victims, and publicly disclose confidential information they had stolen through their cyber-attacks.

7.     It was further part of the conspiracy that defendant French, Individual A, and others, acting on behalf of NullCrew, attempted to hide their true identities by using aliases when communicating with the public and with each other and by launching cyber-attacks from intermediary computer servers, including a computer server located in Naperville, Illinois.

3

## Cyber-Attacks By NullCrew

8.     It was further part of the conspiracy that defendant French, Individual A, and others, acting on behalf of NullCrew, launched cyber-attacks on, and gained unauthorized access to, the websites and computers systems of the following victims, among others:

a.     On or about October 23, 2012, defendant French and others participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to U.S. State A;

b.     Between on or about July 19, 2013, and on or about May 28, 2014, defendant French and Individual A participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to University A;

c.     Between on or about December 10, 2013, and on or about February 1, 2014, defendant French and Individual A participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to Company A;

d.     Between on or about January 17, 2014, and on or about April 15, 2014, defendant French and Individual A participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to Company B;

4

e.      Between on or about January 23, 2014, and on or about February 5, 2014, defendant French and Individual A participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to Company C;

f.      Between on or about January 23, 2014, and on or about April 15, 2014, defendant French and Individual A participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to University B; and

g.      Between on or about April 2, 2014, and on or about April 4, 2014, defendant French and Individual A participated in a cyber-attack on, and gained unauthorized access to, computer systems belonging to Company D.

9.      It was further part of the conspiracy that defendant French, Individual A, and others associated with NullCrew misrepresented, concealed, and hid and caused to be misrepresented, concealed, and hidden, the purpose of and acts done in furtherance of the conspiracy.

## Overt Acts

10.      In furtherance of and to effect the object of this conspiracy, defendant French, Individual A, and their co-conspirators committed and

caused to be committed the following overt acts in the Northern District of Illinois and elsewhere:

   a. From on or about January 22, 2014, to on or about January 26, 2014, defendant French and Individual A accessed a computer server in Naperville from which they gained unauthorized access to computer systems belonging to Company A;

   b. In or about January 2014, defendant French and Individual A stored on a computer server in Naperville information they obtained without authorization from Company A;

   c. From on or about January 30, 2014, to on or about February 2, 2014, defendant French accessed a computer server in Naperville from which he gained unauthorized access to computer systems belonging to University B;

   d. On or about February 5, 2014, defendant French stored on a computer server in Naperville several files containing information he obtained without authorization from University B;

   e. On or about February 5, 2014, defendant French stored on a computer server in Naperville a file containing information he obtained without authorization from Company B; and

       f.     On or about February 5, 2014, defendant French accessed a computer server in Naperville from which he gained unauthorized access to computer systems belonging to Company C.

       All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL JANUARY 2014 GRAND JURY further charges:

1.     Paragraph 1 from Count One is incorporated here.

2.     Beginning no later than in or about October 2012, and continuing through in or about June 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIMOTHY JUSTEN FRENCH, also known as
"Orbit," "orbit.girl," "@Orbit_g1rl," "crysis," "rootcrysis," and "c0rps3,"

defendant herein, knowingly conspired with Individual A and others known and unknown to the Grand Jury to knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally cause damage without authorization to a protected computer, which offense caused a loss aggregating at least $5,000 in value to one or more persons during a one-year period, in violation of 1030(a)(5)(A) and 1030(c)(4)(B)(i).

All in violation of Title 18, United States Code, Section 1030(b).

8

## COUNT THREE

The SPECIAL JANUARY 2014 GRAND JURY further charges:

1.     Paragraph 1 from Count One is incorporated here.

2.     From on or about December 10, 2013, to on or about February 1, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIMOTHY JUSTEN FRENCH, also known as
"Orbit," "orbit.girl," "@Orbit_g1rl," "crysis," "rootcrysis," and "c0rps3,"

defendant herein, knowingly caused the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, namely, a computer server belonging to Company A, which offense caused a loss aggregating at least $5,000 in value to one or more persons during a one-year period;

In violation of Title 18, United States Code, Sections 1030(a)(5)(A) and 1030(c)(4)(B)(i).

9

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2014 GRAND JURY alleges:

1.     The allegations in Counts One through Three are incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 1030(i) and (j), and Title 18, United States Code, Section 982(a)(2)(B).

2.     As a result of his violations of Title 18, United States Code, Sections 371, 1030(a)(5)(A), and 1030(b), as alleged in Counts One through Three,

TIMOTHY JUSTEN FRENCH, also known as
"Orbit," "orbit.girl," "@Orbit_g1rl," "crysis," "rootcrysis," and "c0rps3,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1030(i) and (j), and Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest in property, real and personal, which constitutes and is derived from proceeds that defendant obtained, directly or indirectly, as a result of the violation; and any and all right, title, and interest in any personal property used or intended to be used to commit and to facilitate the commission of the charged offenses, including one Compaq Presario computer, model SRZ170NX, serial number CNH70120L4.

3.     If any of the forfeitable property described above, as a result of any act or omission by defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1030(i)(2).

All pursuant to Title 18, United States Code, Sections 1030(i) and (j), and Title 18, United States Code, Section 982(a)(2)(B).


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY

11